1 **MUSICK, PEELER & GARRETT** LLP
ATTORNEYS AT LAW
2 ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7872
3 FACSIMILE 213-624-1376

4 Alex H. Aharonian (State Bar No. 231850)
a.aharonian@mpglaw.com
5
Attorneys for Defendant
6 ARROWOOD INDEMNITY COMPANY (successor-in-interest to ROYAL
INSURANCE COMPANY OF AMERICA)
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 CONSTITUTION INSURANCE COMPANY, a New York Corporation, | Case No.  2:10-CV-00927-WBS-KJN |
| 12 Plaintiff, | **AMENDED STIPULATION TO AMEND SCHEDULING ORDER (DOCKET NO. 17)** |
| 13 vs. | |
| 14 | |
| 15 ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation, and DOES 1 through 10, inclusive, | |
| 16 | |
| 17 Defendants. | |
| 18 | |
| 19 | |

20

21        COME NOW Plaintiff CONSTITUTION INSURANCE COMPANY

22 ("Constitution") and Defendant ARROWOOD INDEMNITY COMPANY,

23 successor-in-interest to ROYAL INSURANCE COMPANY OF AMERICA

24 ("Arrowood") (collectively, "the Parties"), by and through their counsel of record,

25 and jointly request an Order amending the Scheduling Order (Docket No. 17) to: (1)

26 continue the discovery cut-off date from March 28, 2011 to May 2, 2011; and (2)

27 continue the motion filing deadline from May 13, 2011 to May 20, 2011.

28        This Stipulation is the first request for an amendment of the Scheduling

728763.1

1   Order by either party.  The requested extensions of discovery and motion cut-off
2   dates will not affect the scheduling of the Final Pretrial Conference (July 25, 2011)
3   or the trial date (September 27, 2011).

4   There is good cause for granting the requested relief.  The Parties were
5   engaged in settlement discussions since February, 2011.  This week, it became
6   apparent that settlement efforts proved unsuccessful, although the Parties remain
7   hopeful that settlement is possible.  Although the Parties served written discovery,
8   depositions of the Parties were delayed to allow settlement efforts to run their
9   course.

10   The Parties attempted in good faith to schedule the depositions to take
11   place prior to the March 28, 2011 discovery cut-off date.  However, due to the
12   conflicting schedules of counsel and the witnesses, the Parties cannot complete the
13   Party depositions prior to March 28, 2011 without intentionally scheduling
14   depositions on a date the other party or counsel is unavailable.

15   The deposition of the Zurich Insurance Company's  30(b)(6) witness
16   and the parties' witnesses remain to be taken.  All written discovery had been
17   served.  Therefore, the Parties propose the extension of the discovery cutoff to May
18   2, 2011 and the following schedule for the Parties' depositions:

19   PMQ for Arrowood: April 20, 2011

20   PMQ for Constitution: April 27, 2011

21   Because of the proximity of the proposed deposition dates to the current motion
22   filing deadline, the Parties request an extension of the motion filing deadline from
23   May 13, 2011 to May 20, 2011 to allow the Parties to obtain the deposition
24   transcripts in time for their use in any dispositive motion that may be filed.

25   Therefore, the Parties respectfully request an amendment of the
26   discovery cut-off and motion filing dates set forth in the Scheduling Order to permit
27   the Parties to proceed with the proposed deposition schedule.

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

DATED: March 15. 2011          SELVIN. WRAITH. HALMAN LLP


By:  /s/ Gary R. Selvin (authorized on March 15. 2011)
James L. Wraith, Esq.
Garv R. Selvin. Esq.
Attorneys for Plaintiff CONSTITUTION
INSURANCE COMPANY

DATED: March 15. 2011          MUSICK. PEELER & GARRETT LLP


By:  /s/ Alex H. Aharonian
Alex H. Aharonian. Esq.
Attorneys for Defendant ARROWOOD
INDEMNITY COMPANY (successor-in-
interest to ROYAL INSURANCE
COMPANY OF AMERICA)

## ORDER

It is hereby ordered that the discovery cut-off date is continued from March 28, 2011 to May 2, 2011.  The motion filing deadline is continued from May 13, 2011 to May 20, 2011.


IT IS SO ORDERED.


DATED:  March 15, 2011


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

On March 15, 2011, I served true copies of the following document(s) described as **AMENDED STIPULATION TO AMEND SCHEDULING ORDER (DOCKET NO. 17)** on the interested parties in this action as follows:

James L. Wraith, Esq.                     Attorneys for Plaintiff
Gary R. Selvin, Esq.                      *Constitution Insurance Company*
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland,d CA  94612
(510) 874-1811  Telephone
(510) 465-8976  Facsimile
jwraith@selvinwraith.com
gselvin@selvinwraith.com

BY CM/ECF NOTICE OF ELECTRONIC FILING:  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2011, at Los Angeles, California.


s/ Alex H. Aharonian